

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 2-08-084-CV

IN RE JEROME D. BROWN                                    RELATOR

------------

## ORIGINAL PROCEEDING

------------

## MEMORANDUM OPINION[1]

------------

The court has considered relator's petition for writ of mandamus and is of the opinion that relief should be denied because relator has provided no file-marked copy of either motion for which he is demanding a ruling, and the trial court has informed us that it has not received either of these motions. Accordingly, relator's petition for writ of mandamus is denied.

PER CURIAM

PANEL A:  MCCOY, J.; CAYCE, C.J.; and WALKER, J.

DELIVERED:  March 31, 2008

---

[1] See TEX. R. APP. P. 47.4.